GAS 245D    (Rev. 07/22) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

Southern District of Georgia
Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | (For Revocation of Probation or Supervised Release) |
| Marquaill  Leverett | ) | |
| | ) | Case Number:      4:21CR00013-8 |
| | ) | USM Number:     28440-509 |
| | ) | |
| | ) | Brian Joseph Huffman, Jr. |
| | | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 31, 2021 |
| | See page two for additional violations | |

        The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the  condition(s), _____ , and is discharged as to such violation(s).

        It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.:  6157

Defendant's Year of Birth:  1998

City and State of Defendant's Residence:

Augusta, Georgia

August 18, 2022
Date of Imposition of Judgment

Signature of Judge

R. Stan Baker
United States District Judge
Southern District of Georgia
Name and Title of Judge

August 30, 2022
Date

DEFENDANT:          Marquaill  Leverett
CASE NUMBER:        4:21CR00013-8

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 19, 2022 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 25, 2022 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 12, 2022 |
| 5 | The defendant failed to participate as directed in a substance abuse treatment program (special condition). | May 2, 2022 |
| 6 | The defendant failed to pay the financial obligation as directed (mandatory condition). | June 2, 2022 |

DEFENDANT:          Marquaill Leverett
CASE NUMBER:        4:21CR00013-8

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>5 months, with no term of supervision to follow.</u>

☐    The Court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____   ☐  a.m.   ☐  p m.   on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL